DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INGRAM HARPER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-259

[April 12, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 12-11968CF10A.

Ingram Harper, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR, and LEVINE, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***